# EXHIBIT 1

From: Christopher W. Mahoney <mahoney@slslaw.com>
Sent: Monday, February 24, 2020 1:44 PM
To: Kristen Reinsch <Kristen.Reinsch@trtholdings.com>
Subject: [EXTERNAL] RE: [EXT] Fwd: September 2020 Joan Hisaoka Make a Difference Gala

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Privileged and Confidential
For Settlement Purposes Only

Kristen:

My clients are in receipt of the settlement offer made by Omni Hotels Management Corporation in the amount of $42,479.52, which they hereby reject. I am authorized to make one final, reduced demand in the amount of $95,387.87. That figure is the sum of the hard costs incurred as a result of the change of venue ($21,624.96), plus 80% of the $92,203.64 in legal fees incurred through January 31, 2020 ($73,762.91). This is my clients' final counteroffer. Unless payment is made in that amount, we will file suit and seek damages, including additional attorney's fees as provided under the contract, well in excess of that amount. Please respond to this final counteroffer no later than COB on 2/27. Thanks.

**Christopher W. Mahoney, Esquire**
**SHAPIRO LIFSCHITZ & SCHRAM**
1742 N Street, N.W., Washington, DC 20036
mahoney@slslaw.com
www.slslaw.com

Tel 202.689.1900 ext. 3042
Cell 202.689.4520
Fax 202.689.1901

NOTICE: This transmission (and/or the documents accompanying it) contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is unauthorized and strictly prohibited. If you have received this transmission in error, please immediately notify the sender. Thank you.