UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INOVA HEALTH CARE SERVICES, FOR INOVA FAIRFAX HOSPITAL AND ITS DEPARTMENT, LIFE WITH CANCER, et al., <br>    Plaintiffs, <br>         v. <br> OMNI SHOREHAM CORPORATION, et al., <br>    Defendants. | Civil Action No. 20-784 (JDB) |

## AMENDED SCHEDULING ORDER

Upon consideration of [54] the consent motion to modify the Scheduling Order dated April 14, 2021, and the entire record herein, it is hereby

**ORDERED** that the motion is **GRANTED**, and it is further

**ORDERED** that the following schedule shall govern further proceedings:

| | |
|---|---|
| Deadline for Embassy's Rule 26(a)(2) Expert Disclosures to Plaintiffs and Omni | August 3, 2021 |
| Deadline for Plaintiffs' and Omni's Rebuttal Rule 26(a)(2) Expert Disclosures to Embassy | August 17, 2021 |
| Deadline for Embassy's Rule 26(e)(2) Supplementation of Disclosures and Responses | August 31, 2021 |
| Discovery Deadline | September 24, 2021 |
| Dispositive Motions Deadline | October 29, 2021 |
| Opposition Deadline | November 12, 2021 |
| Reply Deadline | November 19, 2021 |
| Pretrial Conference | TBD |
| Trial | Set at the Pretrial Conference |

1

**SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Dated: June 7, 2021