UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INOVA HEALTH CARE SERVICES, <br> FOR INOVA FAIRFAX HOSPITAL AND <br> ITS DEPARTMENT, LIFE WITH CANCER, *et al.*, | * <br> <br> * | |
| *Plaintiffs*, | * | Case No: 1:20-cv-00784 (JDB) |
| v. | * | |
| OMNI SHOREHAM CORPORATION, *et al.*, | * | |
| *Defendants*. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs hereby dismiss with prejudice all claims alleged against Defendant The Embassy of Lebanon in Plaintiffs' First Amended Complaint, which claims against The Embassy of Lebanon are contained in Counts III and IV of Plaintiffs' First Amended Complaint, and Plaintiffs hereby dismiss The Embassy of Lebanon as a party-defendant in this action.

Dated: July 9, 2021　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　/s/ Christopher W. Mahoney
　　　　　　　　　　　　　　　　　　　　Christopher W. Mahoney, Esquire
　　　　　　　　　　　　　　　　　　　　Shapiro, Lifschitz & Schram, P.C.
　　　　　　　　　　　　　　　　　　　　1742 N Street, NW
　　　　　　　　　　　　　　　　　　　　Washington, DC 20036
　　　　　　　　　　　　　　　　　　　　Mahoney@slslaw.com
　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of July 2021, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing upon all parties of record to this cause by electronic notification (NEF) to the CM/ECF participating attorneys.

               /s/ Christopher W. Mahoney
               Christopher W. Mahoney